UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
WAYNE H. FULLER,

           Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        1:10-CV-00047 OWW SMS

COACHMEN INDUSTRIES OF
CALIFORNIA, INC.; STIER'S RV
CENTERS, LLC; and DOES 1through 20
inclusive,

           Defendants.
_____/
```

    Pursuant to Federal Rule of Civil Procedure Section 68, judgment is entered in this action in favor of Plaintiff WAYNE H. FULLER, and against Defendants COACHMEN INDUSTRIES OF CALIFORNIA, INC. and STIER'S RV CENTERS, LLC. Plaintiff Wayne H. Fuller shall recover from Defendants Coachmen Industries of California and Stier's RV Centers, LLC the sum of $5,001.00, plus reasonable attorney's fees and costs to be determined by the Court in accordance with the requirements of the law. Any application for attorney's fees shall be filed at the time of filing the cost bill.

DATED: December 9, 2010                      VICTORIA C. MINOR, Clerk

                                                      /s/ RENEE GAUMNITZ
                                            By:  Renee Gaumnitz,
                                                   Deputy Clerk