Case 1:10-cv-00047-OWW-SMS Document 21 Filed 09/08/1... Page 1 o...

Case 1:10-cv-00047-OWW-SMS Document 19 Filed 01/11/11 Page 3 of 4

**FILED**

SEP 8 2011

1  GATES, O'DOHERTY, GONTER & GUY, LLP
   15373 Innovation Drive, Suite 170
2  San Diego, California 92128
   Telephone: (858) 676-8600
3  Facsimile: (858) 676-8601

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

4  Attorney:  DOUGLAS D. GUY, ESQ. (SBN 117844)

5  Attorneys for   Defendants COACHMEN RECREATIONAL VEHICLE COMPANY, LLC
                   and STIER'S RV CENTERS, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10  WAYNE H. FULLER,                    )  CASE NO. 10-CV-00047-OWW-SMS
                                        )
11            Plaintiff,                )  ORDER GRANTING JOINT MOTION TO
                                        )  DISMISS WITH PREJUDICE
12  vs.                                 )
                                        )
13                                      )
    COACHMEN INDUSTRIES OF              )
14  CALIFORNIA, INC.; STIER'S RV        )  Judge Oliver W. Wanger
    CENTERS, LLC; and DOES 1 to 20,     )  Courtroom 3
15  inclusive,                          )
                                        )  Action Filed:  December 7, 2009
16            Defendants.               )
                                        )
17  _____)

18       Currently before the Court is the parties' Joint Motion to

19  Dismiss with prejudice the entire action pursuant to FRCP

20  41(a)(1)(A)(ii).  GOOD CAUSE appearing, the Court **GRANTS** the joint

21  motion and orders that this action be **DISMISSED WITH PREJUDICE.**

22       **IT IS SO ORDERED.**

23

24  Dated: September 8, 2011            _____
                                        Oliver W. Wanger, Judge
25                                      United States District Court

26

27

28

                                    1

    **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**