**FILED**
SEP 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, California 92128
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney:   DOUGLAS D. GUY, ESQ. (SBN 117844)

Attorneys for   Defendants COACHMEN RECREATIONAL VEHICLE COMPANY, LLC
                and STIER'S RV CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAYNE H. FULLER, | CASE NO. 10-CV-00047-OWW-SMS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| COACHMEN INDUSTRIES OF CALIFORNIA, INC.; STIER'S RV CENTERS, LLC; and DOES 1 to 20, inclusive, | Judge Oliver W. Wanger<br>Courtroom 3<br><br>Action Filed: December 7, 2009 |
| Defendants. | |

Currently before the Court is the parties' Joint Motion to Dismiss with prejudice the entire action pursuant to FRCP 41(a)(1)(A)(ii). GOOD CAUSE appearing, the Court **GRANTS** the joint motion and orders that this action be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 8, 2011

_____
Oliver W. Wanger, Judge
United States District Court

1

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**